**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  18-23097-CIV-ALTONAGA/Goodman**

**IMPLANT SEMINARS, INC.**,

      Plaintiff,

vs.

**SAMUEL SOON HO LEE**, *et al.*,

      Defendants.

_____/

**ORDER**

    **THIS CAUSE** came before the Court upon a *sua sponte* examination of the record. Federal Rule of Civil Procedure 4(m) requires service of summons and complaint to be perfected upon defendants within 90 days after the filing of the complaint.  Plaintiff filed this action on July 31, 2018, and to date, there is no indication in the court file that Defendants have been served with the summons and Complaint.  It is therefore

    **ORDERED AND ADJUDGED** that on or before **October 29, 2018**, Plaintiff shall perfect service upon the Defendants or show cause why this action should not be dismissed for failure to perfect service of process.  Failure to file proof of service or show good cause by October 29 will result in a dismissal without prejudice and without further notice.

    **DONE AND ORDERED** in Miami, Florida, this 16th day of August, 2018.

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record