# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 18-CV-23097-CMA

Plaintiff:
IMPLANT SEMINARS, INC.
vs.
Defendant:
SAMUEL SOON HO LEE, ET. AL.,

For: Aaron Tandy,
PATHMAN LEWIS, LLP

Received by OJF SERVICES, INC. on the 3rd day of August, 2018 at 10:49 am to be served on INTERNATIONAL ACADEMY OF DENTAL IMPLANTOLOGY, LLC, 6727 FLANDERS DRIVE, SUITE 220, SAN DIEGO, CA 92121. I, K. WYSONG, do hereby affirm that on the 8th day of August, 2018 at 2:10 p.m., executed service by delivering a true copy of the SUMMONS AND COMPLAINT in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

(X) CORPORATE SERVICE: By serving Sharon Thomas as Office Manager / IATA.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _____

I CERTIFY THAT I AM OVER THE AGE OF 18 AND HAVE NO INTEREST IN THE ABOVE ACTION. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE".

K. Wysong   8-10-18
PROCESS SERVER # 1802
Appointed in accordance with State Statutes

OJF SERVICES, INC.
13727 S.W. 152nd Street
P.M.B. 354
Miami, FL 33177
(786) 293-5750

Our Job Serial Number: 2018010848

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2p

