UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-23097-CIV-ALTONAGA/Goodman

**IMPLANT SEMINARS, INC.**,

    Plaintiff,
v.

**SAMUEL SOON HO LEE**, *et al.*,

    Defendants.
_____/

### ORDER

**THIS CAUSE** came before the Court *sua sponte*. Defendant, International Academy of Dental Implantology, LLC, appears to have been served (*see* Return of Service [ECF No. 12]) with the Verified Complaint [ECF No. 1], but to date, no proof of service on any other Defendant has been filed. To better manage the orderly progress of the case, it is

**ORDERED AND ADJUDGED** that Defendant, International Academy of Dental Implantology, LLC, shall not respond to Plaintiff, Implant Seminars, Inc.'s Verified Complaint [ECF No. 1] until all remaining Defendants have been served. Defendants shall submit a single combined response or separate answers, within the time allowed the last served Defendant. Plaintiff is reminded it has until **October 29, 2018** to serve the remaining Defendants and file proof of service with the Court.

**DONE AND ORDERED** in Miami, Florida, this 27th day of August, 2018.

                                                      */s/ Cecilia M. Altonaga*
                                                      **CECILIA M. ALTONAGA**
                                                      **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record